# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17-cr-00120-MOC-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| BRANDY MARIE GROGAN, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's motion to reduce sentence pursuant to USSC Amendment 821. (Doc. Nos. 31, 32).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion within 30 days of the entry of this order.

Signed: March 29, 2024

Max O. Cogburn Jr
United States District Judge